10 CV 1722

## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

DOC

## United States District Court for the Southern District of New York

Name

THOMAS William Story        (New york state Din #) 0883097

Prisoner Identification No.

Place of Confinement

FRANKlin Correctional Facility 62 Bare Hill Rd  P.O. Box 10
Malone  New York  12953

Name of Petitioner  (include name under which convicted)

THomAS William Story

Name of Respondent (warden or superintendent of your prison)

v.  People of State of New York

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Erie County Court

FRANK A SEDiTA III District Attorney. Buffalo New york

2. Name and address of lawyer who represented you Joseph J Terranova esq.

5647 Broadway Lancaster New york 14086. Joseph Muscito (address unknown)

3. Date of judgment of conviction 17th day of September 2008

4. Length of sentence 3 1/2, 1-3 years, 1-3 years, 1 year
years

5. Nature of offense involved (all counts) Burglary 2nd, grand larceny 3rd

criminal possession of stolen property 3rd. Unauthorized

use of a vehicle 3rd

6. What was your plea?  (Check one)
   (a)   Not guilty        ☒
   (b)   Guilty            ☐
   (c)   Nolo contendere   ☐

If you entered a guilty plea to one count of indictment, and not a guilty plea to another count of indictment, give details:

n/a

7. If you pleaded not guilty, what kind of trial did you have?  (Check one)

7. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a)   Jury              ☒
   (b)   Judge only        ☐

8. Did you testify at the trial?
   Yes ☒        No ☐

9. Did you appeal from the judgment of conviction?
   Yes ☒        No ☐

10. If you did appeal, answer the following:

   (a)   Name of court _Supreme court of State of New York Appellate Division 4th department_

   (b)   Name and address of lawyer who represented you
         _Charles J Greenberg Esq P.o. Box 102 Buffalo NY 14207_

   (c)   Result _Unanimously affirmed_

   (d)   Date of result and citation, if known _result Dec 30.2009_

   (e)   Grounds raised _Sufficency of evidence, weight of evidence does not_
         _Support conviction, ineffective assistance of counsel Prosecutorial_
                                                              _Misconduct_

   (f)   If you sought further review of the decision by appeal to a higher state court, please answer the following:

         (1) Name of court _n/A_

         (2) Name and address of lawyer who represented you _n/A_

         (3) Result _n/A_

         (4) Date of result and citation, if known _n/A_

         (5) Grounds raised _n/A_

   (g)   If you filed a petition for Writ of Certiorari in the United States Supreme Court, please provide the date the petition was filed and the date of result and citation, if known

         _n/A_

         (1) Name and address of lawyer who represented you _n/A_

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐    No ☒

12. If your answer to 11 was "yes," give the following information:

(a) (1) Name of court N/A

(2) Name and address of lawyer who represented you N/A

(3) Nature of proceeding N/A

(3) Grounds raised N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒    N/A

(5) Date motion was filed with the Court N/A

(6) Date and result of motion N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Name and address of lawyer who represented you N/A

(3) Nature of proceeding N/A

(4) Grounds raised N/A

(5) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒    N/A

(6) Date motion was filed with the Court N/A

(7) Date and result of motion N/A

(c) Did you appeal to the highest state court having jurisdiction the decision on any petition, application or motion?

(1) First petition, etc.    Yes ☑    No ☐

(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

13.    **STATE EVERY GROUND ON WHICH YOU CLAIM THAT YOU ARE BEING HELD UNLAWFULLY . EACH GROUND SHOULD BE SET FORTH UNDER A SEPARATELY NUMBERED PARAGRAPH . IF YOU ARE RAISING THE SAME GROUNDS THAT YOU RAISED ON DIRECT APPEAL , YOU SHOULD ATTACH A COPY OF YOUR STATE COURT APPELLATE BRIEF OR ITS TABLE OF CONTENTS . YOU MUST EXHAUST YOUR STATE COURT REMEDIES ON EACH GROUND YOU ARE CLAIMING YOU ARE BEING HELD UNLAWFULLY .**

Ground(s):

Evidence does not support conviction of burglary Appellate division never answers that, I was Misrepersented through-out entire proceedings Ih Appellate decision It States attorney dident preserve contention's at trial Appellate division also States they decline to use power to review contentions of prosecutorial misconduct its A matter of discretion. The weight of evidence dosent Hold up conviction, nor does sufficiency of evidence Also counsel (Both) rendered ineffective assistance of

Counsel. Filing his reading affidavits with wrong names on It, and different criminal records.

(attach additional papers as necessary)

14. **TIMELINESS OF PETITION:** If your judgment of conviction was made final over one-year ago, you must set forth below why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.*

I was unaware of this petition. In light of this petition It could effectively That Im being Held unlawfully, THe court Should grant my petition for the Interest of Justice for all american people.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1- year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of --

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made

retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

15. Do you have a petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☒    No ☐

(a) If so, give the name and location of court in which the petition or appeal is pending _application to_

_New York State Court of Appeals._

16. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-5-2010_
(date)

_____
Signature of Petitioner

Din # _08B3097_
Inmate Number
_Franklin Correctional Fac._
_62 Bare Hill, RD. A.O Box 10_
_Malone NY 12953_
Address

I declare under penalty of perjury that on _January 5th 2010_ , I delivered this petition to prison authorities to be
(date)
mailed to the United States District Court for the Southern District of New York.

_____
Signature of Petitioner